DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2014

| | | | |
|---|---|---|---|
| 437P14 | State v. Timothy Anquan Saunders | Def's PDR Under N.C.G.S. § 7A-31 (COA14-400) | Denied |
| 444P09-4 | State v. Charles Gene Rogers | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Wayne County<br><br>2. Def's *Pro Se* Motion for First Amendment to Petition for *Writ of Certiorari*<br><br>3. Def's *Pro Se* Motion for Second Amendment to Petition for *Writ of Certiorari*<br><br>4. Def's *Pro Se* Petition for *Writ of Habeas Corpus*<br><br>5. Def's *Pro Se* Petition for *Writ of Habeas Corpus*<br><br>6. Def's *Pro Se* Motion to Compel | 1. Denied **10/28/2014**<br><br>2. Allowed **10/28/2014**<br><br>3. Allowed **10/28/2014**<br><br>4. Denied **10/28/2014**<br><br>5. Denied **10/28/2014**<br><br>6. Dismissed **10/28/2014** |
| 484P99-3 | State v. Michael Ray Williams | 1. Def's *Pro Se* Motion to Compel the COA to Forward a Copy of the MAR (COAP14-258)<br><br>2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 1. Dismissed<br><br>2. Dismissed |
| 491P02-6 | Dontez Simuel v. John H. Connell, Clerk of the North Carolina Court of Appeals | Plt's *Pro Se* Motion for Writ of Prohibition | Denied |
| 505PA10-2 | State v. David Franklin Hurt | Def's PDR Under N.C.G.S. § 7A-31 (COA09-442-2) | Denied<br><br>**Beasley, J., and Hunter, J., recused** |
| 514P13-2 | State v. Raymond Dakim Harris Joiner | 1. Def's *Pro Se* Motion to Dismiss<br><br>2. Def's *Pro Se* Motion for Notice of Formal Request for Relinquishment of Bonds that are being Held by Unknown Entity by Private Company and or Corporation | 1. Dismissed<br><br>2. Dismissed |